ASAHEL D. STEVENS *vs.* LUKE B. MILLER.

Damages by the plaintiff to the defendant's property while in his employment cannot be set up in defence of an action on a promissory note given for such services, if a verdict for the plaintiff has been returned in an action brought against him by the defendant to recover such damages.

ACTION OF CONTRACT on a promissory note. Answer, that the consideration of the note was services performed by the

plaintiff for the defendant; that in the performance of such ser-
vices the plaintiff was furnished by the defendant with a wagon
and horses, and so over drove and neglected the horses that they
became sick and of little value; and the defendant claimed to
recover the damages so sustained. Replication, that since this
action was brought, the defendant commenced an action against
the plaintiff for substantially the same matters as those set forth
in the answer in this case, and that a trial of said action upon
all the issues raised by the pleadings resulted in a verdict for
the plaintiff in this action; and therefore the plaintiff should not
be held further to try the matters alleged in this answer. The
defendant demurred to the replication. But the court of com-
mon pleas, *Bishop*, J. presiding, overruled the demurrer, a verdict
was returned for the plaintiff, and the defendant alleged excep-
tions.

*I. Sumner & J. E. Field*, for the defendant.

*J. D. Colt*, for the plaintiff.

Hoar, J. The demurrer was rightly overruled. 1. The de-
fendant having elected to avail himself of his claim against the
plaintiff for damages by means of a separate action, and having
brought his action, and prosecuted it till a verdict was rendered,
could not also avail himself of the same claim in mitigation of
damages in this suit.

2. The defendant's answer could not avail him. The note
was given in settlement of the plaintiff's wages, after the facts
on which the defendant relied had occurred, and were known to
the parties. There can be no right in such a case to resist the
payment of the note by setting up a tort committed by the
plaintiff while in the defendant's service.

*Exceptions overruled.*